(pip)

**Criminal Case Cover Sheet**  **FILED:** REDACTED        **U.S. District Court**

**Place of Offense:**   ☐ Under Seal        **Judge Assigned:** LMB

City:    Superseding Indictment:    **Criminal No.** 1:24-CR- 238

County:    Same Defendant:    New Defendant:

Magistrate Judge Case No.:    **Arraignment Date:**

Search Warrant Case No.:    R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Frederic Rhodes Henderer    Alias(es):    ☐ Juvenile  FBI No.

**Address:** Annandale, VA  22003

Employment:

**Birth Date:** XX/XX/1943    **SSN:** XXXXX7208    **Sex:** Male    Race: White    Nationality: U.S.A

**Place of Birth:**    Height:    Weight:    Hair:    Eyes: Blue    Scars/Tattoos:

☐ Interpreter  **Language/Dialect:**    Auto Description:

**Location/Status:**

**Arrest Date:**    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

**Name:** Mark Petrovich    ☐ Court Appointed    Counsel Conflicts:

**Address:** 10605 Judicial Drive, Suite A-5    ☒ Retained

**Phone:** 7039341004    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Nadia Prinz    **Phone:**    Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18USC 2252(a)(4)(b) and (b)(2) | Possession and/or Access with Intent to view Child Pornography | 1 | Felony |
| Set 2: | | | | |

**Date:**    **AUSA Signature:**    *may be continued on reverse*